UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARQUIS JET PARTNERS, INC.,

        Plaintiff,

v.

MARQUIS GLOBAL AVIATION SERVICES, LLC, INTERNATIONAL TRIP PLANNING SERVICES, LLC and JEREMY MATTERN,

        Defendants.

---

Civil Action No. 08



## RULE 7.1 STATEMENT OF MARQUIS JET PARTNERS, INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Marquis Jet Partners, Inc. certifies that: (1) no publicly-held company owns 10% or more of Marquis Jet Partners, Inc.'s stock; (2) Marquis Jet Holdings, Inc. is the parent of Marquis Jet Partners, Inc.; and (3) no publicly-held company owns 10% or more of Marquis Jet Holdings, Inc.'s stock.

Dated: May 8, 2008

                                    KAYE SCHOLER LLP

                                    By: _____
                                    John D. Geelan
                                    Paul C. Llewellyn
                                    Victoria Haje
                                    425 Park Avenue
                                    New York, New York 10022
                                    (212) 836-8000 telephone
                                    (212) 836-8689 facsimile

                                    *Attorneys for Plaintiff*
                                    *Marquis Jet Partners, Inc.*

31643966.DOC